IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUY LEONARD, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-CV-0360-D |
| | § | |
| COUNSELOR ROLT, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated January 8, 2021, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

**SO ORDERED**.

February 25, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE